**SO ORDERED.**

**SIGNED this 16 day of October, 2017.**

*Stephani W. Humrickhouse*
**Stephani W. Humrickhouse**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:

ANTHONY VANN ARTIS               CASE NO. 17-04315-5-SWH
CAROLYN WHITFIELD ARTIS

                                 CHAPTER 13

      DEBTORS

## ORDER REGARDING SHOW CAUSE

This matter comes before the court on the Order to Appear and Show Cause for Failure to File Certificate of Credit Counseling issued by the court on September 19, 2017, Dkt. 17. A hearing was held in Raleigh, North Carolina on October 12, 2017. Mr. and Mrs. Artis appeared at the hearing.

Section 109(h) of the Bankruptcy Code states that "an individual may *not* be a debtor" unless he or she receives a credit counseling briefing in the 180-day period preceding the filing of the petition. On Official Form 101, Part 5, Mr. and Mrs. Artis indicated that they received credit counseling but did not have a certificate of completion. Mr. Artis filed a certificate with the court, Dkt. 20, but Mrs. Artis did not. In addition, no schedules or statements have been filed, and the case is subject to automatic dismissal on October 16, 2017 pursuant to 11 U.S.C. § 521(i).

Based upon the representations at the hearing, a 30-day extension of time to file the required schedules, statements, and chapter 13 plan is warranted. Accordingly, Mr. and Mrs. Artis are directed to file all outstanding petition documents on or before November 16, 2017, failing which the joint case will be dismissed without further notice or hearing. Mrs. Artis is further

directed to file a credit counseling certificate on or before October 16, 2017, failing which the case as to her will be dismissed without further notice or hearing.

**END OF DOCUMENT**