# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

CASE NO.: 17-04315-5-SWH
CHAPTER 13

IN RE:
ANTHONY VANN ARTIS
CAROLYN WHITFIELD ARTIS
5187 NC HIGHWAY 96 NORTH
SELMA, NC 27576

DEBTORS

## TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS

The undersigned Chapter 13 Trustee hereby objects to confirmation of the proposed plan and moves the Court to dismiss the above-referenced case for the reason(s) set forth below:

1. The Debtors have made no payments to the Trustee since the filing of the Petition.

2. The Debtors failed to appear in proper prosecution of the case. The Debtors did not attend the §341 Meeting of Creditors on October 6, 2017.

3. Upon information and belief the Debtors have failed to file federal and/or state tax returns for the following year(s): 2013 - 2016

4. The Debtors have not provided the Trustee with a copy of the filed federal and/or state tax return for the year(s): 2013 - 2016

5. The Debtors have not provided paystubs or Affidavit(s) of Self-Employment to the Trustee.

6. The Debtors have not proposed the Plan in good faith.

7. The Debtors have failed to cooperate with the Trustee to enable the proper administration of this case.

8. The Debtors have failed to file schedules A- J, Statement of Financial Affairs, Form 122-C (Statement of Current Monthly Income), and a chapter 13 Plan.

Based upon the foregoing, **and such other cause as may become apparent or arise between the date of this Motion and the date of any hearing hereon, of which the Trustee will advise counsel prior to the hearing, there is cause to dismiss this case under §1307(c).**

**The Debtors are hereby notified** that unless a written response and request for hearing (if a hearing is desired) is filed with the Court within **twenty-one (21) days** of this Motion, the Court may summarily dismiss this case without further notice.

DATED: October 23, 2017

*/s/ John F. Logan*
JOHN F. LOGAN
NC BAR NO. 12473
CHAPTER 13 TRUSTEE
P.O. BOX 61039
RALEIGH, NC 27661-1039
TELEPHONE: (919) 876-1355

## CERTIFICATION OF SERVICE

    This is to certify that a copy of the foregoing Trustee's Objection To Confirmation And Motion To Dismiss was served on the Debtors and the Attorney for the Debtors at their last known address with sufficient postage thereon, or, if such interested party is an electronic filing user, by serving such interested party by electronic transmission, pursuant to Local Rule 5005-4(9)(b).

DATED: October 23, 2017

                                                                               */s/Pam Cason*
                                                                               Case Adminstrator

**COPIES FURNISHED TO:**

<u>DEBTORS</u>
ANTHONY VANN ARTIS
CAROLYN WHITFIELD ARTIS
5187 NC HIGHWAY 96 NORTH
SELMA, NC 27576

<u>ATTORNEY FOR DEBTORS</u>
PRO SE